# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-3167
L.T. Case No. 2018-102530-CFDL

_____

LAQUAN A. ROEBUCK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Kathleen McNeilly, Judge.

Laquan A. Roebuck, Quincy, pro se.

No Appearance for Appellee.

April 7, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and WALLIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____